<u>UNITED STATED DISTRICT COURT</u>
<u>DISTRICT OF NEW JERSEY</u>
<u>MINUTES OF PROCEEDINGS</u>

<u>**OFFICE:**</u>  **NEWARK**                                                    <u>**DATE:**</u> 2/22/2022
<u>**JUDGE:**</u> JOHN MICHAEL VAZQUEZ
<u>**COURT REPORTER:**</u>  Lisa A. Larsen

<u>**TITLE OF CASE:**</u>

<u>**DOCKET #**</u>  22-199

UNITED STATES OF AMERICA
                        vs.

George Bratsenis

<u>**APPEARANCES:**</u>

Sean Farrell, AUSA
Lee Cortes, AUSA
Charles Kurmay, Esq. for Defendant.
Defendant present

**Nature of Proceedings**:     HEARING HELD REGARDING REPRESENTATION

Defendant sworn.
Defendant consented to participate by ZOOM video conference.
Counsel advised the court that the attorney representation issue had been resolved.
Plea hearing scheduled for 3/24/22 at 10:30 a.m. by video conference.
Court ordered defendant to remain in the custody of the U.S. Marshal.

**Time Commenced: 12:00**
**Time Adjourned: 1:00**
**Total Time: 1:00**

                                                        RoseMarie Olivieri
                                                        SENIOR COURTROOM DEPUTY