# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number 22-CR00199-JMV |
| | : | |
| v. | : | |
| | : | |
| GEORGE BRATSENIS | : | **WAIVER OF INDICTMENT** |
| | : | |

I, GEORGE BRATSENIS, the above-named defendant, who is charged with conspiring to travel in interstate commerce and using facilities of interstate commerce with the intent to commit murder-for-hire, contrary to N.J.S.A. 2C:11-3, in violation of Title 18, United States Code, Section 1958, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on ___March 24___, 2022, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Charles Kurmay*
GEORGE BRATSENIS      Signed pursuant to D.NJ. Standing order 2020-0
                      Subject to the Defendant's explicit affirmation.

*Charles Kurmay*
CHARLES KURMAY, ESQ.
Counsel for the Defendant

Before:  _____
HONORABLE
United States District Judge