**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** 3/24/2022
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET #** 22-199

UNITED STATES OF AMERICA
       vs.

George Bratsenis

**APPEARANCES:**

Sean Farrell, AUSA
Lee Cortes, AUSA
Charles Kurmay, Esq. for Defendant.
Defendant present

**Nature of Proceedings**:   PLEA HEARING HELD

Defendant sworn.
Defendant consented to participate by ZOOM video conference.
Initial appearance.
Waiver of indictment filed.
INFORMATION filed.
PLEA:  GUILTY TO Count One of the information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea agreement to be entered.
Rule 11 filed.
Ordered sentencing set for 8/2/22 at 11:30 a.m.
Court appointed Cahrles Kurmay, Esq. as CJA counsel for defendant Bratsenis.
Court ordered defendant to remain in the custody of the U.S. Marshal.


**Time Commenced: 10:30**
**Time Adjourned: 11:30**
**Total Time: 1:00**


                                              RoseMarie Olivieri
                                              SENIOR COURTROOM DEPUTY