UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 22-199 |
| v. | : | DETENTION ORDER |
| GEORGE BRATSENIS | : | |

This matter having been opened to the Court on the joint motion of the United States of America, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Sean M. Farrell, Assistant United States Attorney, appearing), and defendant George Bratsenis, by Charles Kurmay, Esq., for an order pursuant to Title 18, United States Code, Section 3142, remanding the defendant to the custody of the United States Marshals pending sentencing in the above-entitled matter; and for good cause shown,

IT IS, on this __18th__ day of April 2022,

ORDERED that the defendant is hereby ordered detained in the above-entitled matter and remanded to the custody of the United States Marshals.

_____
HONORABLE JOHN MICHAEL VAZQUEZ
United States District Judge