# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE BRATSENIS | Criminal No. 22-199 (JMV)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on February 3, 2023, the United States submitted sentencing materials to the Court in this case concerning the defendant George Bratsenis.

PHILIP R. SELLINGER
United States Attorney

By:  /s/ Sean Farrell
Sean Farrell
Assistant U.S. Attorney