DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>George Bratsenis<br>        Defendant(s). | Criminal No. __2:22-cr-00199__<br><br>**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**<br>**(Requestor Not Represented by Counsel)** |

I, __Ashley Balcerzak__, wish to obtain a copy of the sentencing materials submitted to the Court on __02/03/2023__ in this case as to defendant, __George Bratsenis__. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail:    __balcerzaka@northjersey.com__
Address:   _____
           _____
           _____
           _____

                                        By:   __Ashley Balcerzak__
                                        Reporter for The Record/NorthJersey.com