UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court: USA V. BRATSENIS    Docket No.: 2:22-CR-00199-JMV

**USA**

(Plaintiff)

Judge: John Michael Vazquez

v.
**GEORGE BRATSENIS**

(Defendant)

**Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit**

Notice is hereby given that **George Bratsenis**
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ X ] Judgment, [ ] Order, [ ] Other **Sentence**
(Specify)

of the United States District Court, District of New Jersey, entered in this action on

**March 29, 2023**
(Date)

Dated: APRIL 12, 2023

/S/ *Charles Kurmay*
Appellant

**61 Cherry Street**
Street

**Milford, CT 06460**
City, State, Zip

**203.380.1743**
Telephone